# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-80016-CR-MARRA

UNITED STATES OF AMERICA

vs.

JEFFREY SPIVACK,

      Defendant.

_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS MATTER is before the Court upon the unopposed motion of the United States of America (the "United States") for entry of a Preliminary Order of Forfeiture ("Motion") against Defendant JEFFREY SPIVACK (the "Defendant").  The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

On February 4, 2021, the United States filed an information charging the Defendant with wire fraud, in violation of 18 U.S.C. § 1343,  in Counts 1-4, and, with extortion by interstate communications, in violation of 18 U.S.C. § 875(b), in Count 5.  Information, ECF No. 38.  The Information also contained forfeiture allegations, which alleged that upon conviction of a violation of 18 U.S.C. §§ 1343 and/or 875(b), the Defendant shall forfeit to the United States any property real or personal, which constitutes or is derived from proceeds traceable the offenses.  *See id.* at 6.  The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

      a.)     a forfeiture money judgment in the sum of at least $3,163,235 in U.S. currency, which sum represents the value of the property subject to forfeiture;

      b.) 2019 Acura RDX with Vehicle Identification Number ("VIN")  5J8TCH70KL003558;

c.) 2019 Mercedes Benz CLS 450 COUPE with Vehicle Identification Number ("VIN") WDD2J5JB7KA010529; and

d.) Real property located at 560 N.E. 191st Street, Miami, Florida, 33179, more particularly described as:

> Lot 60, Block 36, of CHAMPION LAKES, according to the Plat thereof, as recorded in Plat Book 169, Page 71, of the Public Records of Miami-Dade County, Florida, together with a property interest in and to common elements.

> Parcel ID No.: 30-2206-060-3950

*See id.* at 6 - 7.

On March 9, 2021, the Court accepted the Defendant's guilty plea to all counts list in the Information.  *See* Minute Entry, ECF No. 46; Plea Agreement ¶ 1, ECF No. 47.  As part of the guilty plea, the Defendant agreed to the forfeiture of a forfeiture money judgment in the amount of $3,065,305.00, which sum represents the value of the property subject to forfeiture.

Specifically, among other provisions in the Plea Agreement, the Defendant agreed to the following:

> 10.    The Defendant agrees, in an individual and any other capacity, to forfeit to the United States, voluntarily and immediately, any right, title, and interest to any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s), in violation of Title 18, United States Code, Section[s] 1343 and/or 875, to which the Defendant is pleading guilty, pursuant to Title 18, United States Code, Section 981(a)(1)(C).  In addition, the Defendant agrees to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).  The property subject to forfeiture includes, but is not limited to:

>> a.    a forfeiture money judgment in the sum of at least $3,163,235 in U.S. currency, which sum represents the value of the property subject to forfeiture; and

>> b.    directly forfeitable, in part, and substitute property, including, but not limited to:

i.) 2019 Acura RDX with Vehicle Identification Number ("VIN") 5J8TCH70KL003558;

ii.) 2019 Mercedes Benz CLS 450 COUPE with Vehicle Identification  Number ("VIN") WDD2J5JB7KA010529;

and

iii.) Real property located at 560 N.E. 191st Street, Miami, Florida, 33179 more particularly described as:

Lot 60, Block 36, of CHAMPION LAKES, according to the Plat thereof, as recorded in Plat Book 169, Page 71, of the Public  Records of Miami-Dade County, Florida, together with a property interest in and to common elements.

Parcel ID No.: 30-2206-060-3950

Plea Agreement ¶ 10.

In support of the guilty plea, the Defendant executed a Factual Proffer, and the Court found that there was a factual basis to support the Defendant's conviction.  *See* Factual Proffer, ECF No. 47. The Factual Proffer also provided a basis for the forfeiture of property.  *See id.* at 15- 16.

Defendant obtained funds by means of fraud from Victim-1.  ECF No. 47.  Defendant used these stolen funds for unauthorized purposes, including personal expenditures, gifts to family and friends, a down payment on his residence, and payments toward the purchase of two vehicles.  *Id.* at 15 - 16.

Based on the record in this case, the total value of the property involved in the offenses of conviction is $3,065,305.00, which sum may be sought as a forfeiture money judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

CASE NO. 21-80016-CR-MARRA

Accordingly, based on the foregoing, the evidence in the record, and for good cause shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that:

1.      Pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule 32.2 of the Federal Rules of Criminal Procedure, a forfeiture money judgment in the amount of $3,065,305.00 is hereby entered against the Defendant.

2.      The United States is authorized to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, and to resolve any third-party petition, pursuant to Rule 32.2(b)(3), (c)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

3.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the Defendant.

4.      The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order, and pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, shall amend this Order, or enter other orders as necessary, to forfeit additional specific property when identified.

**DONE AND ORDERED** in West Palm Beach, Florida, this 20th day of May, 2021.

KENNETH A. MARRA
United States District Judge

4