UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   21-80016-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEFFREY SPIVACK,

    Defendant.
_____/

### ORDER GRANTING MOTION FOR RESTITUTION ORDER

THIS CAUSE is before the Court upon the government's Agreed Motion for Restitution Order **[DE 67]**.  This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is **GRANTED**.  The Court hereby orders restitution in the amount of $3,065,305.00 and will enter an Amended Judgment.  The Clerk of Court shall release any presentence restitution payments held on deposit in the Court's registry upon entry of the Amended Judgment and apply those funds toward the criminal monetary penalties imposed against Defendant.  The restitution hearing scheduled for July 29, 2021 is CANCELLED.

DONE ND ORDERED in West Palm Beach, Florida this 28th day of July, 2021.

KENNETH A. MARRA
United States District Judge

Copies provided to:

All counsel