IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.
JEFFREY SPIVACK

CASE No.: 21-80016-CR-MARRA

Judge Marra,

1) I, Jeffrey Spivack, ask this honorable court to proceed for a Certificate of Appealability to the 11th Circuit Court of Appeals regarding an Amended Judgment in a Criminal Case that was to be entered after a hearing scheduled for July 29, 2021. To date, I have not received a copy of the Amended Judgment, and am filing this Notice of Appeal subsequent to the Notice of Appeal that I timely filed following the Judgment in a Criminal Case that was entered on or about May 20, 2021 (for which I have yet to receive an answer or acknowledgment).

DATE 08/09/2021                 SIGNED _____
                                JEFFREY SPIVACK/REG. No. 26433-104
                                Unit B-1 Federal Correctional Complex-Low
                                P.O. Box 1031
                                Coleman, FL  33521

CERTIFICATE OF SERVICE

I, Jeffrey Spivack, being an incarcerated person, Declare under penalty of perjury, 28 U.S.C. 1746 that the United States of America is represented by counsel who is registered with the CM/EMF docketing system. Thus, the defendant requests that a notice of the filing and services of this Motion on the United States occur through the Office of the Clerk of Court serving them using the CM/EMF electronic filing system.

I, Jeffrey Spivack, Declare under penalty of perjury under 28 U.S.C. 1746 that the original of this document was duly filed by mail depositing it into the institution's mail depository at FCC Coleman (Low), which included legal mail and First Class mail.

I, Jeffrey Spivack, Declare that the Factual Allegations contained herein are true and correct and are within the best of my personal knowledge and belief. I made the Declaration pursuant to 28 U.S.C. 1746 under penalty of perjury.

Mailed to:  Clerk of the Court
            United States District Court, Southern District of Florida
            701 Clematis Street
            Room 402
            West Palm Beach, FL  33401

FILED BY _____ D.C.

AUG 12 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. – W.P.B.

JEFFREY SPIVACK  26453-104
B1 FEDERAL CORRECTIONAL COMPLEX - LOW
PO BOX 1031
COLEMAN, FL  33521

TAMPA FL 335
SAINT PETERSBURG FL
10 AUG 2021  PM 4  L

CLERK OF THE COURT
UNITED STATES DISTRICT COURT, SOUTHERN
701 CLEMATIS STREET
ROOM 402
WEST PALM BEACH, FL  33401

33401-511202